B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Western District of Missouri | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Kendallwood Hospice Company | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>43-1555507 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>10015 N. Ambassador Drive<br>Suite 202<br>Kansas City, MO      ZIP Code 64153 | Street Address of Joint Debtor (No. and Street, City, and State):      ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>Platte | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):      ZIP Code | Mailing Address of Joint Debtor (if different from street address):      ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13        ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br><br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."        ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**          THIS SPACE IS FOR COURT USE ONLY

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)  Page 2

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Kendallwood Hospice Company |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   - None - | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |

| Exhibit C |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No. |

| Exhibit D |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| Information Regarding the Debtor - Venue<br>(Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| Certification by a Debtor Who Resides as a Tenant of Residential Property<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)                                                                                               Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Kendallwood Hospice Company |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

_____
Date

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X  /s/ Colin Gotham
_____
Signature of Attorney for Debtor(s)

Colin Gotham KS#19538; MO#52343
Printed Name of Attorney for Debtor(s)

Evans & Mullinix, P.A.
Firm Name

7225 Renner Road, Suite 200
Shawnee, KS 66217

Address

(913) 962-8700  Fax: (913) 962-8701
Telephone Number

June 15, 2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Carla Barksdale
_____
Signature of Authorized Individual

Carla Barksdale
Printed Name of Authorized Individual

General Counsel
Title of Authorized Individual

June 15, 2015
Date

# United States Bankruptcy Court
## Western District of Missouri

In re    Kendallwood Hospice Company

Case No. _____

Debtor(s)

Chapter    11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | Hourly |
| Prior to the filing of this statement I have received | $ | 2,000.00 |
| Balance Due upon approval of court | $ | Unknown |

2.  $  1,717.00   of the filing fee has been paid.

3.  The source of the compensation paid to me was:

☑ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceedings, reaffirmations and redemptions.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    June 15, 2015

/s/ Colin Gotham
Colin Gotham KS#19538; MO#52343
Evans & Mullinix, P.A.
7225 Renner Road, Suite 200
Shawnee, KS 66217
(913) 962-8700  Fax: (913) 962-8701

---

A & M Heating-Cooling
513 S 4th Street
Saint Joseph MO 64501


Abbey Woods Living /Rehab Ctr.
5026 Faraon
Saint Joseph MO 64506


Advacare System
Unlimited Advacare, Inc.
23838 Network Place
Chicago IL 60673-1238


AFLAC
1932 Wynnton Road
Columbus GA 31999-0001


ALL State Fire Equipment
PO Box 1963
Independence MO 64055-1963


Allscripts
222 Merchandise Mart Plaza
Suite 2024
Chicago IL 60654


American Medical Response Co.
PO Box 847199
Dallas TX 75284-7199


Apria Healthcare, Inc.
1798 Solutions Center
Chicago IL 60677


Armour Oaks
8100 Wornall Road
Kansas City MO 64114


Assisted Transportation
101 South Kansas Avenue
Topeka KS 66603


AT&T
PO Box 5001
Carol Stream IL 60197-5001

AT&T Mobility
PO Box 6463
Carol Stream IL 60197-6463


Atchison County EMS
1321 West 3rd Street
Atchison KS 66002-1243


ATD International Corp
5439 Merriam Drive
Shawnee Mission KS 66203


Bank of Liberty
Attn Martin J Weishaar
9200 N.E. Barry Road
Kansas City MO 64157-1209


BankLiberty
16 W. Franklin Street
Liberty MO 64068


Boyce Bynum Path Lab PC
PO Box 7406
Columbia MO 65205


BP Business Solutions
PO Box 70995
Charlotte NC 28272-0995


Card Services
PO Box 875852
Kansas City MO 64187-5852


Cintas Document Mngt.
PO Box 633842
Cincinatti OH 45263


City Of St. Joseph
Attn: Utility Billing
PO Box 411458
Kansas City MO 64141

Clay County Collector
Attn: Administration Buildling
1 Court House Square
Liberty MO 64068-2368


Community Medical Center
3307 No Barada Street
PO Box 399
Falls City NE 68355-0399


Curaspan Health Group, INC
Dept 2869
PO Box 122869
Dallas TX 75312-2869


Dan's Lawn Service, LLC
4804 Northeast 137th Street
Smithville MO 64089


Deffenbaugh Disposal Service
PO Box 3249
Shawnee KS 66203-0249


Diversicare of St. Joseph, LLC
3002 North 18th Street
Saint Joseph MO 64505


Electromed, Inc.
500 Sixth Avenue NW
New Prague MN 56071


Enterprise Fleet Management
Attn Customer Billing
PO Box 800089
Kansas City MO 64180-0089


eSOLUTIONS, Inc.
WS# 165
PO Box 414378
Kansas City MO 64141


Gladestone Area Chamber of Commerce
6913 North Cherry Street
Gladstone MO 64118

Heartland RMC
PO Box 802223
Kansas City MO 64180-2223

Hinckley Springs
PO Box 660579
Dallas TX 75266-0579

Humana Pharmacy Solutions Inc
PO Box 223882
Pittsburgh PA 15251-2882

HY-VEE #1321
207 NE Englewood Road
Kansas City MO 64118

HY-VEE #1552
201 North Belt Highway
ST. Joseph MO 64506

Independence Chamber of Commerce
PO Box 1077
Independence MO 64051

Independence Medical
PO Box 635864
Cincinatti OH 45263-5864

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia PA 19101-7346

Internal Revenue Service
Attn: Insolvency/Advisory
Mail Stop 5334 LSM
2850 NE Independence Ave
Lees Summit MO 64064

John H. Duda
Systems Analyst
1201 NW 73rd Terrace
Kansas City MO 64118

Jorden Investments, LLC
5041 West 127th Terrace
Leawood KS 66209


Kansas City Power & Light
PO Box 219330
Kansas City MO 64121-9330


KCMO Water Services Dept.
PO Box 807045
Kansas City MO 64180-7045


Keep It Clean
K. I. C. Inc.
PO Box 3006, Stat A
Saint Joseph MO 64503


Ken's Koffee Service
2407 Garfield
Saint Joseph MO 64503


Kentfield Pharmacy LLC
11144 Renner Blvd.
Lenexa KS 66219


Kessinger Law Firm P.C.
200 NW Englewood Road, Ste. B
Kansas City MO 64118


Kian Shafe
9209 Rocky Point Drive
Kansas City MO 64152


KS University Physicians, Inc.
4070 Delp Attn: Tammy Lau
3901 Rainbow Blvd.
Kansas City KS 66160-7816


LabCorp Of America Holdings
PO Box 2240
Burlington NC 27216-2240


Laverna Village-St Joseph
1317 N. 36th Street
Saint Joseph MO 64506

Liberty Hospital
2525 Glenn Hendrenn Drive
Liberty MO 64068


Living Community Of St Joseph
1202 Heartland Road
Saint Joseph MO 64506


LOWE'S
PO Box 530954
Atlanta GA 30353-0954


Majestic Franchising, Inc.
dba Jani-King Kansas City
14821 W 95th Street
Lenexa KS 66215


Marmic Fire-Safety
Kansas City/St. Joseph Office
PO Box 1086
Joplin MO 64802


McKesson Medical-Surgical
Minnesota Supply Inc.
PO Box 630693
Cincinnatti OH 45263-0693


McRuer & Associates, LLC
1251 NW Briarcliff Parkway
Suite 100
Kansas City MO 64116


Med Depot Holdings, Inc.
PO Box 678007
Dallas TX 75267-8007


MedAccountant Support Services, Inc
4909 NW 80th Terrace
Kansas City MO 64151


Medline Industries, Inc.
Dept. 1080
PO Box 121080
Dallas TX 75312-1080

Medline-1500525
Dept 1080
PO Box 121080
Dallas TX 75312-1080


Metro Message Service
4701 College Blvd, Ste. 110
Leawood KS 66211


Midwest Respiratory Care, Inc.
9931 S 136th Street
Omaha NE 68138


Mir K Shafe'
9209 Rocky Point Drive
Weatherby Lake MO 64152


Missouri Dept of Revenue
Taxation Division
PO Box 385
Jefferson City MO 65105-0385


Missouri Gas Energy
PO Box 219255
Kansas City MO 64121-9255


Missouri-American Water Co.
PO Box 94551
Palatine IL 60094-4551


Mobile Medical
306 S Belt Hwy
Saint Joseph MO 64506-3418


MOBILEX USA
PO Box 17452
Baltimore MD 21297-1452


Mocaic Life Care
5325 Faraon Street
Saint Joseph MO 64506


Morris Publishing Group
PO Box 1486
Augusta GA 30903-1486

Multi-View, Inc.
MULTI-VIEW, INC.
PO Box 2327
Hendersonville NC 28793


North Kansas City Hospital
PO Box 504654
Saint Louis MO 63150-4654


Northland Regional Chamber
634 NW Englewood Road
Kansas City MO 64118


Northwest Health Services


NPG Printing Company
825 Edmond Street
PO Box 29
Saint Joseph MO 64502


NYHART
8415 Allison Pointe Blvd
Suite 300
Indianapolis IN 46250


OFFICEMAX #2698
75 Remittance Drive
Chicago IL 60675-2698


Oregon Care Center
501 South Monroe
PO Box 19
Oregon MO 64473


Otho A. Barnes, Jr.
PO Box 8186
Saint Joseph MO 64508


Pain Management Assoc.
PO Box 802234
Kansas City MO 64180-2234

PC MALL
FILE 55327
Los Angeles CA 90074


Physicians Reference Laboratory
PO Box 875865
Kansas City MO 64187-5865


Pitney Bowes Financial Services
PO Box 371887
Pittsburg PA 15250-7887


Platte County Tax Collector
c/o Sheila Palmer
415 Third St., Rm 212
Platte City MO 64079


Pleasant Valley Manor
6814 Sobbie Road
Pleasant Valley MO 64068


Pleasant View
PO Box 273
Rock Port MO 64482


PRESTO-X
PO Box 14087
Reading PA 19612-4087


Print Time, Inc
11717 West 112th Street
Overland Park KS 66210


Purchase Power
Pitney Bowes
PO Box 371874
Pittsburgh PA 15250-7874


Quest Diagnostics Inc
PO Box 14730
St. Louis MO 63150-4730

RCH Loan Servicing
360 Central Avenue
Suite 1220
Saint Petersburg FL 33701


Regional Emergency
Medical Serv Authority
PO Box 802223
Kansas City MO 64180-2223


Response Digital
PO Box 876
Lee's Summit MO 64063


Riverside Place
Diversicare of Riverside, LLC
1616 Weisenborn Road
Saint Joseph MO 64507


Robert Faye


Rogers Pharmacy in Tarkio
411 Main Street
Tarkio MO 64491


RX Alternatives
1415 Village Drive
Saint Joseph MO 64506


S I Consulting
10015 N Ambassador Drive
Ste. 100
Kansas City MO 64153


Saxton Health Care Inn
3002 N 18th Street
Saint Joseph MO 64505


Saxton Riverside Care Center
1616 Weisenborn Road
Saint Joseph MO 64507


Senior Awareness

Spencer Fane Britt Browne LLP
PO Box 872037
Kansas City MO 64187-2037


St Joseph Area Chamber of Commerce
3003 Frederick Avenue
Saint Joseph MO 64506-5104


Susan Fay Trust


Tarkio Family Practice
102 S 6th Street
Tarkio MO 64491


The Red Force Fire & Security
1030 G West 23rd Street
Independence MO 64055


The Sports Page
PO Box 108
Savannah MO 64485


Tiger Text, Inc.
2110 Broadway
Santa Monica CA 90404


Timberlake Care Center
12110 Holmes Road
Kansas City MO 64145-1707


U S Healthworks
Med Group KC, PA
PO Box 742556
Atlanta GA 30374-2556


Unified Government of Wyandotte Co
PO Box 175014
KANSAS CITY KS 66117-5014


Univ Of Kansas Hospital
3901 Rainbow Blvd.
Kansas City KS 66160

Universal Management Services
8559 N Line Creek Parkway
Kansas City MO 64150


University OF Kansas-CCP
Cancer Center Physicians
PO Box 804402
Kansas City MO 64180-4402


US Attorney -  Kansas
US Courthouse
500 State Avenue, Rm 360
Kansas City KS 66101


US Attorney - Missouri
US Courthouse
400 E 9th   5th Fl
Kansas City MO 64106


Uvanta Pharmacy - Kansas City
11144 Renner Blvd.
Lenexa KS 66219


Wathena Heathcare and Rehabilitation
2112 Highway 36
Wathena KS 66090


Windstream Communications
PO Box 9001950
Louisville KY 40290-1950


Wolters Kluwer Health, Inc.
62526 Collections Center Drive
Chicago IL 60693


Yellow Pages
PO Box 5010
Carol Stream IL 60197-5010

# United States Bankruptcy Court
## Western District of Missouri

In re    Kendallwood Hospice Company                  Case No. _____

                                       Debtor(s)      Chapter    11

## VERIFICATION OF MAILING MATRIX

     The above-named Debtor(s) hereby verifies that the attached list of creditors is

true and correct to the best of my knowledge and includes the name and address of my

ex-spouse (if any).

Date:    June 15, 2015 _____      /s/ Carla Barksdale _____

                                            Carla Barksdale/General Counsel
                                            Signer/Title

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Missouri

In re    Kendallwood Hospice Company                             Case No. _____
                                          Debtor(s)            Chapter     11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Kian Shafe 9209 Rocky Point Drive Kansas City, MO 64152 | Kian Shafe 9209 Rocky Point Drive Kansas City, MO 64152 | | | 824,536.22 (0.00 secured) |
| RCH Loan Servicing 360 Central Avenue Suite 1220 Saint Petersburg, FL 33701 | RCH Loan Servicing 360 Central Avenue Suite 1220 Saint Petersburg, FL 33701 | 2908 NW Vivion, Riverside MO 64150 - Riverside, Book-Page 996-329, County of Platte, Missouri | | 954,001.96 (600,000.00 secured) |
| Uvanta Pharmacy - Kansas City 11144 Renner Blvd. Lenexa, KS 66219 | Uvanta Pharmacy - Kansas City 11144 Renner Blvd. Lenexa, KS 66219 | Trade Payable | | 120,629.61 |
| Advacare System Unlimited Advacare, Inc. 23838 Network Place Chicago, IL 60673-1238 | Advacare System Unlimited Advacare, Inc. 23838 Network Place Chicago, IL 60673-1238 | Trade Payable | | 74,693.40 |
| RX Alternatives 1415 Village Drive Saint Joseph, MO 64506 | RX Alternatives 1415 Village Drive Saint Joseph, MO 64506 | Trade Payable | | 69,910.77 |
| Riverside Place Diversicare of Riverside, LLC 1616 Weisenborn Road Saint Joseph, MO 64507 | Riverside Place Diversicare of Riverside, LLC 1616 Weisenborn Road Saint Joseph, MO 64507 | Trade Payable | | 45,379.84 |
| KS University Physicians, Inc. 4070 Delp Attn: Tammy Lau 3901 Rainbow Blvd. Kansas City, KS 66160-7816 | KS University Physicians, Inc. 4070 Delp Attn: Tammy Lau 3901 Rainbow Blvd. Kansas City, KS 66160-7816 | Trade Payable | | 41,777.78 |
| Allscripts 222 Merchandise Mart Plaza Suite 2024 Chicago, IL 60654 | Allscripts 222 Merchandise Mart Plaza Suite 2024 Chicago, IL 60654 | Trade payable | | 36,865.52 |
| Kentfield Pharmacy LLC 11144 Renner Blvd. Lenexa, KS 66219 | Kentfield Pharmacy LLC 11144 Renner Blvd. Lenexa, KS 66219 | Supplies | | 31,413.00 (0.00 secured) |

B4 (Official Form 4) (12/07) - Cont.

In re   Kendallwood Hospice Company                                           Case No. _____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Midwest Respiratory Care, Inc. 9931 S 136th Street Omaha, NE 68138 | Midwest Respiratory Care, Inc. 9931 S 136th Street Omaha, NE 68138 | Trade Payable | | 30,974.50 |
| Pleasant View PO Box 273 Rock Port, MO 64482 | Pleasant View PO Box 273 Rock Port, MO 64482 | Trade Payable | | 27,240.94 |
| Laverna Village-St Joseph 1317 N. 36th Street Saint Joseph, MO 64506 | Laverna Village-St Joseph 1317 N. 36th Street Saint Joseph, MO 64506 | Trade payable | | 23,819.87 |
| Abbey Woods Living /Rehab Ctr. 5026 Faraon Saint Joseph, MO 64506 | Abbey Woods Living /Rehab Ctr. 5026 Faraon Saint Joseph, MO 64506 | Trade Payable | | 22,610.08 |
| Spencer Fane Britt Browne LLP PO Box 872037 Kansas City, MO 64187-2037 | Spencer Fane Britt Browne LLP PO Box 872037 Kansas City, MO 64187-2037 | Attorney fees | | 22,385.50 |
| Saxton Riverside Care Center 1616 Weisenborn Road Saint Joseph, MO 64507 | Saxton Riverside Care Center 1616 Weisenborn Road Saint Joseph, MO 64507 | Trade Payable | | 21,978.09 |
| Enterprise Fleet Management Attn Customer Billing PO Box 800089 Kansas City, MO 64180-0089 | Enterprise Fleet Management Attn Customer Billing PO Box 800089 Kansas City, MO 64180-0089 | Trade Payable | | 19,077.24 |
| Card Services PO Box 875852 Kansas City, MO 64187-5852 | Card Services PO Box 875852 Kansas City, MO 64187-5852 | Trade Payable | | 17,834.39 |
| S I Consulting 10015 N Ambassador Drive Ste. 100 Kansas City, MO 64153 | S I Consulting 10015 N Ambassador Drive Ste. 100 Kansas City, MO 64153 | Trade Payable | | 15,173.00 |
| Diversicare of St. Joseph, LLC 3002 North 18th Street Saint Joseph, MO 64505 | Diversicare of St. Joseph, LLC 3002 North 18th Street Saint Joseph, MO 64505 | Trade Payable | | 11,543.00 |
| McRuer & Associates, LLC 1251 NW Briarcliff Parkway Suite 100 Kansas City, MO 64116 | McRuer & Associates, LLC 1251 NW Briarcliff Parkway Suite 100 Kansas City, MO 64116 | Trade Payable | | 10,375.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   Kendallwood Hospice Company                                        Case No.
_____
        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, the General Counsel of the corporation named as the debtor in this case, declare under penalty of perjury
that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date   June 15, 2015                              Signature   /s/ Carla Barksdale
                                                              Carla Barksdale
                                                              General Counsel


*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                    18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
### Western District of Missouri

In re    Kendallwood Hospice Company                         ,       Case No. _____

                                   Debtor       Chapter _____ 11 _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| None | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the General Counsel of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___ June 15, 2015 _____       Signature _/s/ Carla Barksdale_____
                                                            Carla Barksdale
                                                            General Counsel

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

   0 ___ continuation sheets attached to List of Equity Security Holders

B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Western District of Missouri

In re    Kendallwood Hospice Company                            ,      Case No. _____

                                     Debtor      Chapter _____ 11 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 600,000.00 | | |
| B - Personal Property | Yes | 10 | 2,486,256.11 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 2,219,075.58 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 23 | | 745,667.14 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 41 | | | |
| Total Assets | | | 3,086,256.11 | | |
| Total Liabilities | | | | 2,964,742.72 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Western District of Missouri

In re    Kendallwood Hospice Company                           ,       Case No. _____

                                      Debtor

Chapter _____11_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    Kendallwood Hospice Company                                      ,     Case No. _____
                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 2908 NW Vivion, Riverside MO 64150 - Riverside, Book-Page 996-329, County of Platte, Missouri | Fee simple | - | 600,000.00 | 954,001.96 |
| 4403 S. Belt Highway, St. Joseph, MO - SUB:HOMEWOOD TERRACE LOT:4 BLK:2 LGL DESC:BEG SE COR L4 IN HOMEWOOD TERRACE TH NLY ALG E/L L4-5-6 TO NE COR L6 TH NWLY 34.32' TO SE COR L2 BLK 6 TH N 18' W 103' S 168' E ALG E/L EXT OF S/L L4 BLK 1 15' TH S 30' E 131.66' TO POB ALSO EASEMENTS | Fee simple | - | Unknown | 335,585.40 |
| Riverside, MO - County of Platte (run down house) - Parcel No. 23-2.0-04-200001-022.000, Book 996-329, County of Platte, Missouri | Fee simple | - | Unknown | 0.00 |

|  | Sub-Total > | 600,000.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 600,000.00 |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    Kendallwood Hospice Company                                ,        Case No. _____

                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of Liberty  - checking account | - | 0.00 |
| | | Bank of Weston - checking account | - | 8,000.00 |
| | | Blue Bank & Trust | - | 800.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        8,800.00
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    Kendallwood Hospice Company                          ,    Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts Receivable - $1,000,000.00 (Debtor expects to receive approximately $400,000.00). | - | 400,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >      400,000.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Kendallwood Hospice Company                              ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See attached "Fixed Assets Schedule 2013" | - | 2,077,456.11 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 2,077,456.11 |
| Total > | 2,486,256.11 |

Sheet   2   of   2   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Case 15-50241-wood   Doc 2   Filed 06/16/15   Entered 06/16/15 09:00:53   Desc Main
KENDALLWOOD HOSPICE
FIXED ASSETS SCHEDULE 2008   Document   Page 28 of 75

6/12/2015

| | ASSET # | DATE ACQ'D | COST |
|---|---|---|---|
| 2005 Honda Civic | 2 | 11/22/2006 | $10,922.00 |
| 2002 Chevy Van-DME | 3 | 10/16/2007 | $9,600.00 |
| Printers | 6 | 9/18/2002 | $2,879.00 |
| 5 Dell Computers | 7 | 10/1/2002 | $16,364.00 |
| Laptop | 11 | 7/2/2004 | $2,150.00 |
| 7 Dell Computers | 12 | 6/1/2005 | $6,540.00 |
| Tape Drive | 14 | 2/20/2006 | $1,639.00 |
| Dell Computer Server | 15 | 10/4/2006 | $1,552.00 |
| Dell Servers | 16 | 4/24/2008 | $14,327.00 |
| Nextel Phones | 17 | 5/11/2008 | $567.00 |
| Nextel Phones | 17 | 5/11/2008 | ($567.00) |
| 3 Computers | 18 | 7/16/2008 | $3,393.00 |
| 5 Computers | 19 | 8/25/2008 | $5,255.00 |
| 2 Widescrren LCD Monitors | 20 | 11/30/2008 | $316.00 |
| Server-Power Backup | 21 | 12/15/2008 | $469.00 |
| Newegg Monitor | 22 | 12/31/2008 | $130.00 |
| Data Processing Software | 23 | 5/31/2002 | $27,720.00 |
| CYMA Software | 26 | 1/28/2003 | $1,035.00 |
| CYMA Upgrade | 28 | 12/9/2005 | $695.00 |
| MISYS-5 Addt'l Users | 30 | 9/3/2008 | $18,735.00 |
| Medical Equipment (unlisted) | 34 | 3/1/2001 | $1,030.00 |
| Medical Equipment | 35 | 6/1/2001 | $750.00 |
| 3 Pulse Oximeters | 36 | 6/10/2003 | $1,350.00 |
| 3 Pulse Oximeters | 37 | 1/31/2003 | $1,350.00 |
| 3 Pulse Oximeters | 38 | 1/27/2004 | $1,393.00 |
| Bi-Pap Machine - Used | 39 | 4/14/2005 | $3,000.00 |
| 4 Pulse Oximeters | 40 | 8/3/2005 | $1,504.00 |
| Pulse Oximeters | 41 | 4/11/2006 | $550.00 |
| Wheelchair | 42 | 5/1/2006 | $3,197.00 |
| Wheelchair Modification | 43 | 10/15/2007 | $1,268.00 |
| 4 Pulse Oximeters | 44 | 11/20/2007 | $1,085.00 |
| 5 Pulse Oximeters | 45 | 3/18/2008 | $940.00 |
| 2 Concentrators | 46 | 7/29/2008 | $950.00 |
| Office Equipment (unlisted) | 47 | 11/1/1997 | $1,500.00 |
| Desks | 50 | 9/28/2004 | $1,400.00 |
| 9 Hon Desks-Riverside | 51 | 10/12/2005 | $2,031.00 |

**KENDALLWOOD HOSPICE**
**FIXED ASSETS SCHEDULE 2013**

| | ASSET # | DATE ACQ'D | COST |
|---|---|---|---|
| Office Furniture-NW | 55 | 9/6/2006 | $1,538.00 |
| Shredder-KC | 57 | 5/20/2008 | $1,600.00 |
| Add'l Telephone Equip | 59 | 5/27/2008 | $1,211.00 |
| Office & Computer Desks | 60 | 6/3/2008 | $797.00 |
| HP Laser Jet Printer-SJ | 63 | 10/23/2008 | $278.00 |
| Savin Copier-SJ | 64 | 10/27/2008 | $880.00 |
| Building 2908 NW Vivion Road | 65 | 3/6/2003 | $857,907.00 |

| | ASSET # | DATE ACQ'D | COST |
|---|---|---|---|
| Land - 2908 Vivion Road | 66 | 3/6/2003 | $95,000.00 |
| Air conditioner | 67 | 3/17/2004 | $2,017.00 |
| Office Expansion IMP-KC | 68 | 7/1/2006 | $14,393.00 |
| Water Heater | 69 | 4/14/2007 | $453.00 |
| Replacement A/C-2848 | 70 | 8/15/2007 | $1,266.00 |
| Land - Barnes Property | 71 | 1/8/2007 | $20,000.00 |
| Building Barnes Property | 72 | 1/8/2007 | 178,427.00 |
| **Land-443 S Belt Hwy St. Joe** | 74 | 10/7/2009 | $37,500.00 |
| Building - 443 S Belt Hwy | 75 | 10/7/2009 | $358,895.00 |
| Building Improvements | 76 | 10/7/2009 | $150,578.00 |
| CEC Color Printer | 77 | 1/21/2009 | $400.00 |
| 5 Dell Computers | 78 | 2/3/2009 | $6,581.00 |
| 3 Dell Monitors - SJ | 79 | 7/31/2009 | $702.00 |
| Dell Vostro 420 Computer | 80 | 9/16/2009 | $1,442.00 |
| Laser Jet M1522-Erausch | 81 | 10/15/2009 | $291.00 |
| Allscripts | 82 | 1/28/2009 | $4,200.00 |
| Web Page Development | 83 | 12/4/2009 | $3,385.00 |
| 38 SYMC Protection | 84 | 10/22/2009 | $1,303.00 |
| Corel Draw | 85 | 10/15/2009 | $379.00 |
| 2 Pulse Oximeters | 86 | 9/25/2009 | $240.00 |
| 12 Nebulizers | 87 | 9/8/2009 | $402.00 |
| Steam Cleaner - Med Equip | 88 | 9/18/2009 | $150.00 |
| 3 Pulse Oximeters | 89 | 10/5/2009 | $360.00 |
| 34002PML Desk-SJ | 90 | 2/5/2009 | $379.00 |
| Fax Machine-SJ | 91 | 2/16/2009 | $300.00 |
| Shredder-SJ | 92 | 3/13/2009 | $1,790.00 |
| Cub Cadet LTX 1045 Mower | 93 | 4/29/2009 | $1,578.00 |
| Fax Machine-Spare | 94 | 5/4/2009 | $300.00 |
| CEC LCD Telephone | 95 | 8/24/2009 | $285.00 |
| B&S Push Mower | 96 | 8/21/2009 | $149.00 |
| Metal Mail Slot Shelving | 97 | 9/18/2009 | $150.00 |
| 4 HON Desk-SJ | 98 | 10/6/2009 | $1,516.00 |
| 6 Desks-Midwest Office-SJ | 99 | 10/10/2009 | $921.00 |
| Conf Table, 20 Chairs-SJ | 100 | 10/10/2009 | $937.00 |
| Shelving & Mats-SJ | 101 | 10/10/2009 | $553.00 |
| Ricoh 4500 Copier-SJ | 102 | 10/23/2009 | $6,000.00 |

**KENDALLWOOD HOSPICE**
**FIXED ASSETS SCHEDULE 2013**

| | ASSET # | DATE ACQ'D | COST |
|---|---|---|---|
| Ricoh 20 Copier-KC | 103 | 10/23/2009 | $1,995.00 |
| Fax Machine-KC | 104 | 11/2/2009 | $278.00 |
| Building Sign | 105 | 12/21/2009 | $2,832.00 |
| 2 HP Laser Jet Printers | 106 | 12/1/2009 | $400.00 |
| 2 Cisco Routers | 107 | 12/3/2009 | $593.00 |
| Electric Bed Hand Control | 108 | 12/1/2009 | $200.00 |
| Office Furniture - SJ | 109 | 12/16/2009 | $1,504.00 |
| Parking Lot Paving / Trench-Vivion Road | 110 | 5/1/2010 | $4,770.00 |
| 2 Dell Computers | 111 | 7/14/2010 | $3,423.00 |
| Server Software | 112 | 6/22/2010 | $245.00 |
| Lift & Wheel Chairs | 113 | 7/22/2010 | $820.00 |
| 3 Office Chairs | 114 | 6/11/2010 | $280.00 |
| Projector | 115 | 5/1/2010 | $950.00 |

Case 15-5 KENDALLWOOD HOSPICE Filed 06/16/15    Entered 06/16/15 09:00:53    Desc Main
FIXED ASSETS SCHEDULE 2003ment    Page 32 of 75

6/12/2015

| | ASSET # | DATE ACQ'D | COST |
|---|---|---|---|
| 3 Ton A/C Unit | 116 | 6/21/2010 | $1,685.00 |
| Parking Lot Paving/ Trench-Vivion Road | 117 | 6/16/2010 | $6,775.00 |
| 3 HomeFill Systems | 118 | 5/24/2010 | $600.00 |
| Web Page Development | 119 | 12/31/2008 | $3,000.00 |
| Ricoh 1055 Copier - KC | 123 | 8/24/2010 | $1,500.00 |
| Ricoh 1055 Copier - KC | 123 | 8/24/2010 | ($1,500.00) |
| 02 Chevy Van New Engine | 125 | 8/20/2010 | $5,775.00 |
| Student Desk - SJ | 126 | 8/13/2010 | $404.00 |
| 40 Gal Water Heater | 127 | 1/29/2010 | $778.00 |
| Building Sign | 128 | 2/9/2010 | $1,360.00 |
| 129 Comp Equip Back Up Exec 1/01/10 | 129 | 1/1/2010 | $661.00 |
| PC Tablet (130) | 130 | 3/16/2010 | $1,766.00 |
| 3 Dell Computers (120-122) | 131 | 11/1/2010 | $4,555.00 |
| Web Development Final | 132 | 1/27/2010 | $750.00 |
| 15 Small Office - BS ED | 133 | 2/19/2010 | $1,406.00 |
| PC Tablet Soft 1SBE07 | 134 | 3/16/2010 | $104.00 |
| Compressor w/ Nebulizer | 135 | 3/22/2010 | $509.00 |
| LCD Telephone - ADM ASST | 136 | 9/16/2010 | $284.00 |
| LCD Telephone - ADM ASST | 137 | 10/21/2010 | $287.00 |
| Laser Printer P2035N | 138 | 10/22/2010 | $242.00 |
| Desk/File Cabinet - ERAUSCH | 139 | 11/1/2010 | $260.00 |
| Ricoh Aficio 1055-SJ | 140 | 12/27/2010 | $1,500.00 |
| 5 Ton AC-SJ | 162 | 8/26/2011 | $1,727.00 |
| Glass Door - SJ | 171 | 9/26/2011 | $2,216.00 |
| 3 Dell Computers (124-126) | 172 | 1/14/2011 | $4,271.00 |
| 5 Tablets (131-135) | 173 | 1/18/2011 | $9,109.00 |
| 3 Dell Computers (127-129) | 174 | 1/28/2011 | $4,619.00 |
| KS Office Server | 175 | 3/10/2011 | $5,260.00 |
| Offsite Backup Support KC | 176 | 4/8/2011 | $940.00 |
| 72 AT&T Cell Phones | 177 | 6/1/2011 | $3,886.00 |
| Networking Hardware - CISCO | 178 | 9/6/2011 | $1,367.00 |
| 2 AT&T Cell Phones | 179 | 8/8/2011 | $200.00 |
| 2 AT&T Cell Phones | 180 | 11/8/2011 | $200.00 |
| 1 AT&T Cell Phone | 181 | 12/8/2011 | $100.00 |
| 5 CHT Off Std 2010 Codes | 182 | 1/18/2011 | $360.00 |
| 6 Homecare Clinical Lic | 183 | 1/25/2011 | $19,980.00 |

**KENDALLWOOD HOSPICE**
**FIXED ASSETS SCHEDULE 2013**

| | ASSET # | DATE ACQ'D | COST |
|---|---|---|---|
| 6 CHT Off Std 2010 | 184 | 1/28/2011 | $339.00 |
| 6 Acbrobat Pro 10 Win | 185 | 1/31/2011 | $900.00 |
| SQL Server Software | 186 | 8/11/2011 | $1,690.00 |
| Upgrade Backup Software | 187 | 8/18/2011 | $611.00 |
| Ease US Partition Server | 188 | 8/14/2011 | $138.00 |
| Phone & Cable Wiring - KS | 189 | 3/3/2011 | $2,902.00 |
| 6 GEO Foam Mattresses | 190 | 2/28/2011 | $1,025.00 |
| 2 Pulse Oxymeters | 191 | 4/20/2011 | $195.00 |
| Bed Rails | 192 | 6/14/2011 | $169.00 |
| 4 Pulse Oxymeters | 193 | 11/8/2011 | $247.00 |
| 4 SPS 1080 Mattresses | 194 | 12/14/2011 | $800.00 |
| 7 Picture & EZ Boards | 195 | 12/13/2011 | $103.00 |

**KENDALLWOOD HOSPICE**
**FIXED ASSETS SCHEDULE 2013**

| | ASSET # | DATE ACQ'D | COST |
|---|---|---|---|
| Desk, Workstation - KS | 196 | 1/3/2011 | $330.00 |
| Telephone System - KS | 197 | 1/13/2011 | $2,470.00 |
| 2 Fax Machines | 198 | 1/25/2011 | $576.00 |
| Bookcase & File Cabinet | 199 | 1/28/2011 | $60.00 |
| 3 Printers P2035 62 63 64 | 200 | 2/9/2011 | $645.00 |
| 1 Printer P1606 - 67 | 201 | 3/1/2011 | $178.00 |
| Student Desk | 202 | 3/22/2011 | $411.00 |
| 3 LCD Phones-CEC | 203 | 3/23/2011 | $885.00 |
| 2 Printers P1606 68, 69 | 204 | 3/24/2011 | $446.00 |
| Shredder - KS | 205 | 3/29/2011 | $200.00 |
| Ricoh Aficio 2035-CEC | 206 | 5/26/2011 | $800.00 |
| Ricoh Aficio 1515-RT | 207 | 5/26/2011 | $650.00 |
| M1212 Printer-072 | 208 | 7/25/2011 | $196.00 |
| 2060 Ricoh Copier-SJ | 209 | 8/5/2011 | $1,200.00 |
| Mail Slots-KS | 210 | 8/9/2011 | $31.00 |
| KS Office Furniture | 211 | 8/1/2011 | $42.00 |
| Chaplain Office Furn-KS 8/01/11 | 212 | 8/1/2011 | $20.00 |
| 2 Laserjet P1606DN 074-075 10/31/11 | 213 | 10/31/2011 | $357.00 |
| Laserjet M1212 073 11/01/11 | 214 | 11/1/2011 | $199.00 |
| Ricoh Afico 2051 KC 11/02/11 | 215 | 11/2/2011 | $1,350.00 |
| 4 Comdial Phones 12/28/11 | 216 | 12/28/2011 | $453.00 |
| 6 File Cabinets 12/22/11 | 217 | 12/22/2011 | $180.00 |
| Telephone Wiring Upgrade | 218 | 1/24/2011 | $2,230.00 |
| Phone & Cable Wiring-CEC | 219 | 3/24/2011 | $1,154.00 |
| Glass Door-KS-CEC | 220 | 10/27/2011 | $1,113.00 |
| Roof | 221 | 5/16/2011 | 2,116.00 |
| Outside Painting | 222 | 6/20/2011 | 1,052.00 |
| HP 160 GB Removable Disk | 223 | 12/29/2011 | $101.00 |
| 0089 Dell IPower Edge T320 | 224 | 8/31/2012 | $5,189.73 |

B6D (Official Form 6D) (12/07)

In re  Kendallwood Hospice Company
_____,    Case No. _____
                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Line of Credit | | | | | |
| Creditor #: 1 BankLiberty 16 W. Franklin Street Liberty, MO 64068 | | - | Accounts & other rights to payment. | | | | | |
| | | | Value $ 400,000.00 | | | | 73,539.00 | 0.00 |
| Account No. | | | | | | | | |
| Bank of Liberty Attn Martin J Weishaar 9200 N.E. Barry Road Kansas City, MO 64157-1209 | | | Representing: BankLiberty | | | | Notice Only | |
| | | | Value $ | | | | | |
| Account No. | | | Purchase money security | | | | | |
| Creditor #: 2 Kentfield Pharmacy LLC 11144 Renner Blvd. Lenexa, KS 66219 | | - | Supplies | | | | | |
| | | | Value $ 0.00 | | | | 31,413.00 | 31,413.00 |
| Account No. | | | | | | | | |
| Creditor #: 3 Kian Shafe 9209 Rocky Point Drive Kansas City, MO 64152 | | - | | | | | | |
| | | | Value $ 0.00 | | | | 824,536.22 | 824,536.22 |
| _1_ continuation sheets attached | | | Subtotal (Total of this page) | | | | 929,488.22 | 855,949.22 |

B6D (Official Form 6D) (12/07) - Cont.

In re   Kendallwood Hospice Company                                          ,        Case No. _____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Creditor #: 4<br>RCH Loan Servicing<br>360 Central Avenue<br>Suite 1220<br>Saint Petersburg, FL 33701 | - | | Deed of Trust<br><br>2908 NW Vivion, Riverside MO 64150 - Riverside, Book-Page 996-329, County of Platte, Missouri<br><br>Value $          600,000.00 | | | | 954,001.96 | 354,001.96 |
| Account No.<br><br>Creditor #: 5<br>Robert Faye | - | | 4403 S. Belt Highway, St. Joseph, MO - SUB:HOMEWOOD TERRACE LOT:4 BLK:2 LGL DESC:BEG SE COR L4 IN HOMEWOOD TERRACE TH NLY ALG E/L L4-5-6 TO NE COR L6 TH NWLY 34.32' TO SE COR L2 BLK 6 TH N 18' W 103' S 168' E ALG E/L EXT OF S/L L4 BLK 1 15'<br>Value $          Unknown | | | | 34,518.45 | Unknown |
| Account No.<br><br>Creditor #: 6<br>Susan Fay Trust | - | | 4403 S. Belt Highway, St. Joseph, MO - SUB:HOMEWOOD TERRACE LOT:4 BLK:2 LGL DESC:BEG SE COR L4 IN HOMEWOOD TERRACE TH NLY ALG E/L L4-5-6 TO NE COR L6 TH NWLY 34.32' TO SE COR L2 BLK 6 TH N 18' W 103' S 168' E ALG E/L EXT OF S/L L4 BLK 1 15'<br>Value $          Unknown | | | | 301,066.95 | Unknown |
| Account No.<br><br><br><br> | | | <br><br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | <br><br><br><br>Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal<br>(Total of this page) | 1,289,587.36 | 354,001.96 |
|---|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | 2,219,075.58 | 1,209,951.18 |

B6E (Official Form 6E) (4/13)

.

In re   **Kendallwood Hospice Company**   ,   Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re    Kendallwood Hospice Company                                    ,    Case No. _____
                              **Debtor**

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | For notice purposes | | | | | |
| Creditor #: 1 Internal Revenue Service Centralized Insolvency Ops PO Box 7346 Philadelphia, PA 19101-7346 | - | | | | | | 0.00 | 0.00 / 0.00 |
| Account No. | | | | | | | | |
| Internal Revenue Service Attn: Insolvency/Advisory Mail Stop 5334 LSM 2850 NE Independence Ave Lees Summit, MO 64064 | | | Representing: Internal Revenue Service | | | | Notice Only | |
| Account No. | | | | | | | | |
| US Attorney - Kansas US Courthouse 500 State Avenue, Rm 360 Kansas City, KS 66101 | | | Representing: Internal Revenue Service | | | | Notice Only | |
| Account No. | | | | | | | | |
| US Attorney - Missouri US Courthouse 400 E 9th    5th Fl Kansas City, MO 64106 | | | Representing: Internal Revenue Service | | | | Notice Only | |
| Account No. | | | For notice purposes | | | | | |
| Creditor #: 2 Missouri Dept of Revenue Taxation Division PO Box 385 Jefferson City, MO 65105-0385 | - | | | | | | 0.00 | 0.00 / 0.00 |

Sheet  1   of  2   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal       0.00
(Total of this page)    0.00    0.00

B6E (Official Form 6E) (4/13) - Cont.

In re    Kendallwood Hospice Company _____ ,    Case No. _____
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>Creditor #: 3<br>Platte County Tax Collector<br>c/o Sheila Palmer<br>415 Third St., Rm 212<br>Platte City, MO 64079 | - | | For notice purposes | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet _2_ of _2_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal<br>(Total of this page) | 0.00<br>0.00 | 0.00 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 0.00<br>0.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re   Kendallwood Hospice Company                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | Trade Payable | | | | | | | |
| Creditor #: 1 A & M Heating-Cooling 513 S 4th Street Saint Joseph, MO 64501 | - | | | | | | | | 80.00 |
| Account No. | | Trade Payable | | | | | | | |
| Creditor #: 2 Abbey Woods Living /Rehab Ctr. 5026 Faraon Saint Joseph, MO 64506 | | | | | | | | | 22,610.08 |
| Account No. | | Trade Payable | | | | | | | |
| Creditor #: 3 Advacare System Unlimited Advacare, Inc. 23838 Network Place Chicago, IL 60673-1238 | - | | | | | | | | 74,693.40 |
| Account No. | | Trade Payable | | | | | | | |
| Creditor #: 4 AFLAC 1932 Wynnton Road Columbus, GA 31999-0001 | - | | | | | | | | 1,155.96 |

|  |  |
|---|---|
| __22__  continuation sheets attached | Subtotal (Total of this page)    98,539.44 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    S/N:24980-150521   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Kendallwood Hospice Company                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 5 ALL State Fire Equipment PO Box 1963 Independence, MO 64055-1963 | - | | | | | | | 126.04 |
| Account No. | | | | Trade payable | | | | |
| Creditor #: 6 Allscripts 222 Merchandise Mart Plaza Suite 2024 Chicago, IL 60654 | - | | | | | | | 36,865.52 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 7 American Medical Response Co. PO Box 847199 Dallas, TX 75284-7199 | - | | | | | | | 1,059.70 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 8 Apria Healthcare, Inc. 1798 Solutions Center Chicago, IL 60677 | - | | | | | | | 426.93 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 9 Armour Oaks 8100 Wornall Road Kansas City, MO 64114 | - | | | | | | | 3,971.06 |

Sheet no. __1__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                            42,449.25

B6F (Official Form 6F) (12/07) - Cont.

In re    Kendallwood Hospice Company                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 10 Assisted Transportation 101 South Kansas Avenue Topeka, KS 66603 | - | | | | | | | 335.00 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 11 AT&T PO Box 5001 Carol Stream, IL 60197-5001 | - | | | | | | | 354.56 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 12 AT&T Mobility PO Box 6463 Carol Stream, IL 60197-6463 | - | | | | | | | 1,741.69 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 13 Atchison County EMS 1321 West 3rd Street Atchison, KS 66002-1243 | - | | | | | | | 232.60 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 14 ATD International Corp 5439 Merriam Drive Shawnee Mission, KS 66203 | - | | | | | | | 450.00 |

Sheet no. _2___ of _22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          3,113.85

B6F (Official Form 6F) (12/07) - Cont.

In re    Kendallwood Hospice Company                                    ,      Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 15 Boyce Bynum Path Lab PC PO Box 7406 Columbia, MO 65205 | - | | | | | | | 236.22 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 16 BP Business Solutions PO Box 70995 Charlotte, NC 28272-0995 | - | | | | | | | 104.06 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 17 Card Services PO Box 875852 Kansas City, MO 64187-5852 | - | | | | | | | 17,834.39 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 18 Cintas Document Mngt. PO Box 633842 Cincinatti, OH 45263 | - | | | | | | | 2,635.93 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 19 City Of St. Joseph Attn: Utility Billing PO Box 411458 Kansas City, MO 64141 | - | | | | | | | 81.88 |

Sheet no. __3__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,892.48

B6F (Official Form 6F) (12/07) - Cont.

In re   Kendallwood Hospice Company                                    ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 20 Clay County Collector Attn: Administration Buildling 1 Court House Square Liberty, MO 64068-2368 | - | | | | | | | 2,044.23 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 21 Community Medical Center 3307 No Barada Street PO Box 399 Falls City, NE 68355-0399 | - | | | | | | | 50.50 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 22 Curaspan Health Group, INC Dept 2869 PO Box 122869 Dallas, TX 75312-2869 | - | | | | | | | 2,200.00 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 23 Dan's Lawn Service, LLC 4804 Northeast 137th Street Smithville, MO 64089 | - | | | | | | | 2,073.00 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 24 Deffenbaugh Disposal Service PO Box 3249 Shawnee, KS 66203-0249 | - | | | | | | | 1,101.46 |

Sheet no. __4__ of __22__ sheets attached to Schedule of                     Subtotal                7,469.19
Creditors Holding Unsecured Nonpriority Claims                            (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   Kendallwood Hospice Company                                    ,       Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 25 Diversicare of St. Joseph, LLC 3002 North 18th Street Saint Joseph, MO 64505 | - | | | | | | | 11,543.00 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 26 Electromed, Inc. 500 Sixth Avenue NW New Prague, MN 56071 | - | | | | | | | 750.00 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 27 Enterprise Fleet Management Attn Customer Billing PO Box 800089 Kansas City, MO 64180-0089 | - | | | | | | | 19,077.24 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 28 eSOLUTIONS, Inc. WS# 165 PO Box 414378 Kansas City, MO 64141 | - | | | | | | | 1,220.00 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 29 Gladstone Area Chamber of Commerce 6913 North Cherry Street Gladstone, MO 64118 | - | | | | | | | 215.00 |

Sheet no. __5__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          32,805.24

B6F (Official Form 6F) (12/07) - Cont.

In re    Kendallwood Hospice Company                                          ,          Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.                     Creditor #: 30 Heartland RMC PO Box 802223 Kansas City, MO 64180-2223 | - | | | Trade Payable | | | | 1,426.25 |
| Account No.                     Creditor #: 31 Hinckley Springs PO Box 660579 Dallas, TX 75266-0579 | - | | | Trade Payable | | | | 516.41 |
| Account No.                     Creditor #: 32 Humana Pharmacy Solutions Inc PO Box 223882 Pittsburgh, PA 15251-2882 | - | | | Trade Payable | | | | 124.59 |
| Account No.                     Creditor #: 33 HY-VEE #1321 207 NE Englewood Road Kansas City, MO 64118 | - | | | Trade Payable | | | | 1,506.65 |
| Account No.                     Creditor #: 34 HY-VEE #1552 201 North Belt Highway ST. Joseph, MO 64506 | - | | | Trade Payable | | | | 1,467.90 |

Sheet no. __6__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    5,041.80

B6F (Official Form 6F) (12/07) - Cont.

In re    Kendallwood Hospice Company                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br>Creditor #: 35<br>Independence Chamber of Commerce<br>PO Box 1077<br>Independence, MO 64051 | - | | | Trade Payable | | | | 300.00 |
| Account No.<br>Creditor #: 36<br>Independence Medical<br>PO Box 635864<br>Cincinatti, OH 45263-5864 | - | | | Trade Payable | | | | 3.00 |
| Account No.<br>Creditor #: 37<br>John H. Duda<br>Systems Analyst<br>1201 NW 73rd Terrace<br>Kansas City, MO 64118 | - | | | Trade Payable | | | | 625.00 |
| Account No.<br>Creditor #: 38<br>Jorden Investments, LLC<br>5041 West 127th Terrace<br>Leawood, KS 66209 | - | | | Trade Payable | | | | 295.38 |
| Account No.<br>Creditor #: 39<br>Kansas City Power & Light<br>PO Box 219330<br>Kansas City, MO 64121-9330 | - | | | Utilities | | | | 2,081.86 |

Sheet no. __7__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    3,305.24

B6F (Official Form 6F) (12/07) - Cont.

In re   Kendallwood Hospice Company                                    ,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Utilities | | | | |
| Creditor #: 40 KCMO Water Services Dept. PO Box 807045 Kansas City, MO 64180-7045 | - | | | | | | | 10,253.02 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 41 Keep It Clean K. I. C. Inc. PO Box 3006, Stat A Saint Joseph, MO 64503 | - | | | | | | | 450.00 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 42 Ken's Koffee Service 2407 Garfield Saint Joseph, MO 64503 | - | | | | | | | 237.00 |
| Account No. | | | | Attorney fees | | | | |
| Creditor #: 43 Kessinger Law Firm P.C. 200 NW Englewood Road, Ste. B Kansas City, MO 64118 | - | | | | | | | 1,952.50 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 44 KS University Physicians, Inc. 4070 Delp Attn: Tammy Lau 3901 Rainbow Blvd. Kansas City, KS 66160-7816 | - | | | | | | | 41,777.78 |

Sheet no. __8__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   54,670.30

B6F (Official Form 6F) (12/07) - Cont.

In re    Kendallwood Hospice Company                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 45 LabCorp Of America Holdings PO Box 2240 Burlington, NC 27216-2240 | - | | | | | | | 22.78 |
| Account No. | | | | Trade payable | | | | |
| Creditor #: 46 Laverna Village-St Joseph 1317 N. 36th Street Saint Joseph, MO 64506 | - | | | | | | | 23,819.87 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 47 Liberty Hospital 2525 Glenn Hendrenn Drive Liberty, MO 64068 | - | | | | | | | 723.60 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 48 Living Community Of St Joseph 1202 Heartland Road Saint Joseph, MO 64506 | - | | | | | | | 278.95 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 49 LOWE'S PO Box 530954 Atlanta, GA 30353-0954 | - | | | | | | | 176.29 |

Sheet no. __9__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25,021.49

B6F (Official Form 6F) (12/07) - Cont.

In re    Kendallwood Hospice Company                                      ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 50 Majestic Franchising, Inc. dba Jani-King Kansas City 14821 W 95th Street Lenexa, KS 66215 | - | | | | | | | 1,348.00 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 51 Marmic Fire-Safety Kansas City/St. Joseph Office PO Box 1086 Joplin, MO 64802 | - | | | | | | | 71.50 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 52 McKesson Medical-Surgical Minnesota Supply Inc. PO Box 630693 Cincinnatti, OH 45263-0693 | - | | | | | | | 8,878.04 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 53 McRuer & Associates, LLC 1251 NW Briarcliff Parkway Suite 100 Kansas City, MO 64116 | - | | | | | | | 10,375.00 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 54 Med Depot Holdings, Inc. PO Box 678007 Dallas, TX 75267-8007 | - | | | | | | | 5,791.70 |

Sheet no. __10__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          26,464.24

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Kendallwood Hospice Company                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 55 MedAccountant Support Services, Inc 4909 NW 80th Terrace Kansas City, MO 64151 | - | | | | | | | 1,469.00 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 56 Medline Industries, Inc. Dept. 1080 PO Box 121080 Dallas, TX 75312-1080 | - | | | | | | | 4,444.28 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 57 Medline-1500525 Dept 1080 PO Box 121080 Dallas, TX 75312-1080 | - | | | | | | | 342.05 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 58 Metro Message Service 4701 College Blvd, Ste. 110 Leawood, KS 66211 | - | | | | | | | 1,620.66 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 59 Midwest Respiratory Care, Inc. 9931 S 136th Street Omaha, NE 68138 | - | | | | | | | 30,974.50 |

Sheet no. __11__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

38,850.49

B6F (Official Form 6F) (12/07) - Cont.

In re    Kendallwood Hospice Company                                          ,          Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Loan | | | | |
| Creditor #: 60 Mir K Shafe' 9209 Rocky Point Drive Weatherby Lake, MO 64152 | - | | | | | | 5,000.00 |
| Account No. | | | Utilities | | | | |
| Creditor #: 61 Missouri Gas Energy PO Box 219255 Kansas City, MO 64121-9255 | - | | | | | | 287.87 |
| Account No. | | | Trade Payable | | | | |
| Creditor #: 62 Missouri-American Water Co. PO Box 94551 Palatine, IL 60094-4551 | - | | | | | | 19.22 |
| Account No. | | | | | | | |
| Creditor #: 63 Mobile Medical 306 S Belt Hwy Saint Joseph, MO 64506-3418 | - | | | | | | 2,867.21 |
| Account No. | | | Trade Payable | | | | |
| Creditor #: 64 MOBILEX USA PO Box 17452 Baltimore, MD 21297-1452 | - | | | | | | 1,103.95 |

Sheet no. __12__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            9,278.25

B6F (Official Form 6F) (12/07) - Cont.

In re   Kendallwood Hospice Company                                    ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 65 Mocaic Life Care 5325 Faraon Street Saint Joseph, MO 64506 | | - | | | | | | 59.03 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 66 Morris Publishing Group PO Box 1486 Augusta, GA 30903-1486 | | - | | | | | | 1,934.98 |
| Account No. | | | | | | | | |
| Creditor #: 67 Multi-View, Inc. MULTI-VIEW, INC. PO Box 2327 Hendersonville, NC 28793 | | - | | | | | | 2,550.00 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 68 North Kansas City Hospital PO Box 504654 Saint Louis, MO 63150-4654 | | - | | | | | | 580.00 |
| Account No. | | | | Trade payable | | | | |
| Creditor #: 69 Northland Regional Chamber 634 NW Englewood Road Kansas City, MO 64118 | | - | | | | | | 400.00 |

Sheet no. __13__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         5,524.01

B6F (Official Form 6F) (12/07) - Cont.

In re    Kendallwood Hospice Company                                    ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Creditor #: 70<br>Northwest Health Services | - | | | | | | | <br><br>188.00 |
| Account No.<br><br>Creditor #: 71<br>NPG Printing Company<br>825 Edmond Street<br>PO Box 29<br>Saint Joseph, MO 64502 | - | | | Trade Payable | | | | <br><br>560.00 |
| Account No.<br><br>Creditor #: 72<br>NYHART<br>8415 Allison Pointe Blvd<br>Suite 300<br>Indianapolis, IN 46250 | - | | | Trade Payable | | | | <br><br>3,661.50 |
| Account No.<br><br>Creditor #: 73<br>OFFICEMAX #2698<br>75 Remittance Drive<br>Chicago, IL 60675-2698 | - | | | Trade Payable | | | | <br><br>1,846.21 |
| Account No.<br><br>Creditor #: 74<br>Oregon Care Center<br>501 South Monroe<br>PO Box 19<br>Oregon, MO 64473 | - | | | Trade Payable | | | | <br><br>598.52 |

Sheet no.  _14_  of  _22_  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,854.23

B6F (Official Form 6F) (12/07) - Cont.

In re    Kendallwood Hospice Company    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 75 Otho A. Barnes, Jr. PO Box 8186 Saint Joseph, MO 64508 | - | | | | | | | 574.25 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 76 Pain Management Assoc. PO Box 802234 Kansas City, MO 64180-2234 | - | | | | | | | 270.68 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 77 PC MALL FILE 55327 Los Angeles, CA 90074 | - | | | | | | | 1,571.76 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 78 Physicians Reference Laboratory PO Box 875865 Kansas City, MO 64187-5865 | - | | | | | | | 80.60 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 79 Pitney Bowes Financial Services PO Box 371887 Pittsburg, PA 15250-7887 | - | | | | | | | 34.50 |

Sheet no. __15__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    2,531.79

B6F (Official Form 6F) (12/07) - Cont.

In re   Kendallwood Hospice Company                                    ,          Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 80 Pleasant Valley Manor 6814 Sobbie Road Pleasant Valley, MO 64068 | - | | | | | | | 2,908.94 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 81 Pleasant View PO Box 273 Rock Port, MO 64482 | - | | | | | | | 27,240.94 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 82 PRESTO-X PO Box 14087 Reading, PA 19612-4087 | - | | | | | | | 97.93 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 83 Print Time, Inc 11717 West 112th Street Overland Park, KS 66210 | - | | | | | | | 1,067.50 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 84 Purchase Power Pitney Bowes PO Box 371874 Pittsburgh, PA 15250-7874 | - | | | | | | | 551.51 |

Sheet no. __16__ of _22_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

31,866.82

B6F (Official Form 6F) (12/07) - Cont.

In re     Kendallwood Hospice Company                                    ,          Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 85 Quest Diagnostics Inc PO Box 14730 St. Louis, MO 63150-4730 | - | | | | | | | 816.27 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 86 Regional Emergency Medical Serv Authority PO Box 802223 Kansas City, MO 64180-2223 | - | | | | | | | 1,273.02 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 87 Response Digital PO Box 876 Lee's Summitt, MO 64063 | - | | | | | | | 150.00 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 88 Riverside Place Diversicare of Riverside, LLC 1616 Weisenborn Road Saint Joseph, MO 64507 | - | | | | | | | 45,379.84 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 89 Rogers Pharmacy in Tarkio 411 Main Street Tarkio, MO 64491 | - | | | | | | | 6.21 |

Sheet no. __17__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

47,625.34

B6F (Official Form 6F) (12/07) - Cont.

In re    Kendallwood Hospice Company                                    ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 90 RX Alternatives 1415 Village Drive Saint Joseph, MO 64506 | - | | | | | | | 69,910.77 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 91 S I Consulting 10015 N Ambassador Drive Ste. 100 Kansas City, MO 64153 | - | | | | | | | 15,173.00 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 92 Saxton Health Care Inn 3002 N 18th Street Saint Joseph, MO 64505 | - | | | | | | | 6,758.28 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 93 Saxton Riverside Care Center 1616 Weisenborn Road Saint Joseph, MO 64507 | - | | | | | | | 21,978.09 |
| Account No. | | | | | | | | |
| Creditor #: 94 Senior Awareness | - | | | | | | | 20.00 |

Sheet no. __18__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

113,840.14

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Kendallwood Hospice Company                                              ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Attorney fees | | | | |
| Creditor #: 95 Spencer Fane Britt Browne LLP PO Box 872037 Kansas City, MO 64187-2037 | - | | | | | | | 22,385.50 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 96 St Joseph Area Chamber of Commerce 3003 Frederick Avenue Saint Joseph, MO 64506-5104 | - | | | | | | | 546.00 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 97 Tarkio Family Practice 102 S 6th Street Tarkio, MO 64491 | - | | | | | | | 78.06 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 98 The Red Force Fire & Security 1030 G West 23rd Street Independence, MO 64055 | - | | | | | | | 75.60 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 99 The Sports Page PO Box 108 Savannah, MO 64485 | - | | | | | | | 1,327.25 |

Sheet no. __19__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 24,412.41

B6F (Official Form 6F) (12/07) - Cont.

In re    Kendallwood Hospice Company                                    ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 100 Tiger Text, Inc. 2110 Broadway Santa Monica, CA 90404 | - | | | | | | | 1,170.00 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 101 Timberlake Care Center 12110 Holmes Road Kansas City, MO 64145-1707 | - | | | | | | | 10,263.65 |
| Account No. | | | | Trade payable | | | | |
| Creditor #: 102 U S Healthworks Med Group KC, PA PO Box 742556 Atlanta, GA 30374-2556 | - | | | | | | | 845.03 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 103 Unified Government of Wyandotte Co PO Box 175014 KANSAS CITY, KS 66117-5014 | - | | | | | | | 542.57 |
| Account No. | | | | Trade Payable | | | | |
| Creditor #: 104 Univ Of Kansas Hospital 3901 Rainbow Blvd. Kansas City, KS 66160 | - | | | | | | | 131.48 |

Sheet no. __20__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,952.73

B6F (Official Form 6F) (12/07) - Cont.

In re    Kendallwood Hospice Company                                                    ,    Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | Trade Payable | | | | | | |
| Creditor #: 105 Universal Management Services 8559 N Line Creek Parkway Kansas City, MO 64150 | - | | | | | | | 1,308.00 |
| Account No. | | Trade Payable | | | | | | |
| Creditor #: 106 University OF Kansas-CCP Cancer Center Physicians PO Box 804402 Kansas City, MO 64180-4402 | - | | | | | | | 102.61 |
| Account No. | | Trade Payable | | | | | | |
| Creditor #: 107 Uvanta Pharmacy - Kansas City 11144 Renner Blvd. Lenexa, KS 66219 | - | | | | | | | 120,629.61 |
| Account No. | | Trade Payable | | | | | | |
| Creditor #: 108 Wathena Heathcare and Rehabilitation 2112 Highway 36 Wathena, KS 66090 | - | | | | | | | 2,491.21 |
| Account No. | | Trade Payable | | | | | | |
| Creditor #: 109 Windstream Communications PO Box 9001950 Louisville, KY 40290-1950 | - | | | | | | | 3,007.31 |

Sheet no. __21__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

127,538.74

B6F (Official Form 6F) (12/07) - Cont.

In re  Kendallwood Hospice Company                                    ,   Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. Creditor #: 110 Wolters Kluwer Health, Inc. 62526 Collections Center Drive Chicago, IL 60693 | - | | | Trade Payable | | | | 3,215.00 |
| Account No. Creditor #: 111 Yellow Pages PO Box 5010 Carol Stream, IL 60197-5010 | - | | | Trade Payable | | | | 1,404.67 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. _22_ of _22_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 4,619.67 |
| | Total (Report on Summary of Schedules) | 745,667.14 |

B6G (Official Form 6G) (12/07)

.

In re    Kendallwood Hospice Company                   ,     Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                       Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    Kendallwood Hospice Company                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

0
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Missouri

In re    Kendallwood Hospice Company                         Case No.

                                            Debtor(s)           Chapter    11

# BUSINESS INCOME AND EXPENSES

### FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS   (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

## PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

     1. Gross Income For 12 Months Prior to Filing:                      $            0.00

## PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

     2. Gross Monthly Income                               $          0.00

## PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| | | |
|---|---|---:|
| 3. Net Employee Payroll (Other Than Debtor) | $ | 0.00 |
| 4. Payroll Taxes | | 0.00 |
| 5. Unemployment Taxes | | 0.00 |
| 6. Worker's Compensation | | 0.00 |
| 7. Other Taxes | | 0.00 |
| 8. Inventory Purchases (Including raw materials) | | 0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | | 0.00 |
| 10. Rent (Other than debtor's principal residence) | | 0.00 |
| 11. Utilities | | 0.00 |
| 12. Office Expenses and Supplies | | 0.00 |
| 13. Repairs and Maintenance | | 0.00 |
| 14. Vehicle Expenses | | 0.00 |
| 15. Travel and Entertainment | | 0.00 |
| 16. Equipment Rental and Leases | | 0.00 |
| 17. Legal/Accounting/Other Professional Fees | | 0.00 |
| 18. Insurance | | 0.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | | 0.00 |

     20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

         DESCRIPTION                                    TOTAL

     21. Other (Specify):

         DESCRIPTION                                    TOTAL

     22. Total Monthly Expenses (Add items 3-21)                     $         0.00

## PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

     23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)      $         0.00

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Western District of Missouri

In re    Kendallwood Hospice Company                                    Case No.
                                            Debtor(s)                   Chapter    11

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the General Counsel of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___43___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    June 15, 2015                            Signature    /s/ Carla Barksdale
                                                              Carla Barksdale
                                                              General Counsel

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Western District of Missouri

In re    Kendallwood Hospice Company

Debtor(s)

Case No.

Chapter    11

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $151,036.12 | 2015 YTD - gross earnings |
| $4,357,893.20 | 2014 - gross earnings |
| $6,457,297.00 | 2013 - gross earnings |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                              SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)

3

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Evans and Mullinix PA 7225 Renner Rd  Ste 200 Shawnee, KS 66217-3043 | 6/11/2015 | $3,717.00 (includes filing fee) |

B7 (Official Form 7) (04/13)
4

### 10.  Other transfers

None
■  a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■  b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11.  Closed financial accounts

None
■  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12.  Safe deposit boxes

None
■  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13.  Setoffs

None
☐  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |
| Bank of Liberty Attn Martin J Weishaar 9200 N.E. Barry Road Kansas City, MO 64157-1209 | 6/8/2015 | $53,000.00 |

### 14.  Property held for another person

None
■  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

B7 (Official Form 7) (04/13)

5

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                     NAME USED                                     DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                               GOVERNMENTAL UNIT            NOTICE           LAW

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                               GOVERNMENTAL UNIT            NOTICE           LAW

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                          DOCKET NUMBER                          STATUS OR DISPOSITION

B7 (Official Form 7) (04/13)
6

---

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|------|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

B7 (Official Form 7) (04/13)

7

**20. Inventories**

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |

None ■   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

**21 . Current Partners, Officers, Directors and Shareholders**

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

B7 (Official Form 7) (04/13)
8

**25. Pension Funds.**

None
■      If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                        TAXPAYER IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   June 15, 2015                          Signature   /s/ Carla Barksdale
                                                           Carla Barksdale
                                                           General Counsel

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Western District of Missouri

In re   Kendallwood Hospice Company

Debtor(s)

Case No.

Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Kendallwood Hospice Company   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June 15, 2015

Date

/s/ Colin Gotham

Colin Gotham KS#19538; MO#52343

**Signature of Attorney or Litigant**
Counsel for   Kendallwood Hospice Company
Evans & Mullinix, P.A.
7225 Renner Road, Suite 200
Shawnee, KS 66217
(913) 962-8700 Fax:(913) 962-8701